United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mikayla A. Saravia, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-60469-Civ-Scola |
| | ) |
| Nicholas D. Hunter, Defendant. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

The Court previously referred the Defendant's motion to strike the Plaintiff's attorneys' fees request in Counts I, III, and IV of the complaint (Mot., ECF No. 13) to Magistrate Judge Jonathan Goodman for a report and recommendation. (Order Ref. Mot., ECF No. 14.) On July 13, 2023, Judge Goodman issued a report, recommending that the Court grant motion to strike. (Rep. & Rec., ECF No. 20.) The Plaintiff has filed a notice stating that she will not object to the report. (Not., ECF No. 24.) The Defendant has not objected, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 20**.) The Court **grants** the Defendant's motion to strike the Plaintiff's attorneys' fees request in Counts I, III, and IV of the complaint. (**ECF No. 13**.) The Court **strikes** the Plaintiff's request for attorneys' fees in Counts I, III, and IV of the complaint. (**ECF No. 1**.)

**Done and ordered** in Miami, Florida, on August 9, 2023.

_____
Robert N. Scola, Jr.
United States District Judge